| United States District Court | Southern District of Texas |
|---|---|

United States District Court
Southern District of Texas

**ENTERED**
October 23, 2017
David J. Bradley, Clerk

Noris Rogers, §
　　　　　　　　　　　§
　　　　　Plaintiff, §
　　　　　　　　　　　§
versus　　　　　　　 §　　　Civil Action H-17-2361
　　　　　　　　　　　§
United States Fire Insurance Company, §
　　　　　　　　　　　§
　　　　　Defendant. §

## Conditional Dismissal

1. Having been advised that the parties have reached a settlement, this case is dismissed with prejudice. (15)

2. By December 22, 2017, the parties may move for reinstatement.

3. The conference of October 23, 2017, is cancelled.

4. This court retains jurisdiction to enforce the settlement.

Signed on October 23, 2017, at Houston, Texas.

　　　　　　　　　　　　　　　　　　　Lynn N. Hughes
　　　　　　　　　　　　　　　　　United States District Judge