UNITED STATES DISTRICT COURT     SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
**ENTERED**
December 29, 2017
David J. Bradley, Clerk

| | |
|---|---|
| Noris Rogers, § § § Plaintiff, § § versus § § United States Fire Insurance Company, § § Defendant. § | Civil Action H-17-2361 |

# Final Dismissal

1. Neither party having moved for reinstatement, this case is dismissed with prejudice.

2. This court retains jurisdiction to enforce the settlement.

Signed on December 29, 2017, at Houston, Texas.

 

Lynn N. Hughes
United States District Judge